**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Khalid ALTAWARH, Petitioner**

**No. 646 MAL 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Glenn and Wendy DIEHL, H/W and Daniel and Susan Scott, H/W and Gayathri and Sriram Krishnan, H/W and Rashmi Radhakrishnan and Lisa Parviskhan and Joseph and Ann Worrell, H/W**

v.

**The CUTLER GROUP, INC.**

**Petition of: Joseph and Ann Worrell, H/W**

**No. 565 MAL 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.